ACCEPTED
14-14-00945-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 1:56:37 PM
CHRISTOPHER PRINE
CLERK

## CASE NUMBER 14-14-00945-CV

**IN THE FOURTEENTH COURT OF APPEALS
AT HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 1:56:37 PM
CHRISTOPHER A. PRINE
Clerk

**Duradril, L.L.C.,and Greg Ward, Appellants**

**versus**

**Dynomax Drilling Tools, Inc., and Dynomax Drilling Tools USA, Inc., Appellees**

**Appeal From
55th District Court
of Harris County, Texas
2013-67214**

### Appellees Unopposed Motion for Extension of Time

Appellees Dynomax Drilling Tools, Inc., ("Dynomax") and Dynomax Drilling Tools USA, Inc., (collectively referred to as "Appellees") submit this Unopposed Motion for Extension of Time and state as follows:

1.      Appellants sought and were granted four (4) motions for continuance totaling 90 additional days to file Appellants' brief. After said extensions, Appellants filed their brief on December 2, 2015. The deadline for Appellees to file their brief is presently January 4, 2016.

2.      Appellee's counsel has had a full slate of matters scheduled through the month of December and through January, 2016 and jury trial setting set for early February 2016.

3.      In addition to the various discovery and trial matters referenced above, Appellee's brief would need to be drafted and finalized over the holiday season. Appellee's counsel has various holiday season and related family obligations over the course of December and through the new year.

4.      Appellees request that the Court grant Appellees an extension of 60 days from the current deadline to file Appellee's Brief, making the deadline for the filing of Appellee's Brief March 2, 2016.

5.      Appellees have not requested any prior extensions.

Appellees pray that the Court grant Appellee's Unopposed Motion for Extension of Time to File Appellee's Brief, give Appellees until March 2, 2016 to file their Brief, and grant Appellees such other and further relief to which Appellees may justly be entitled.

Respectfully submitted,

CRINION DAVIS & RICHARDSON LLP

By:  /s/ Isaac Villarreal
        Isaac Villarreal
        State Bar No. 24054553
        ivillarreal@cdrlegal.com
        17040 El Camino Real, Suite 200
        Houston, Texas 77058
        281/990-8300
        281/990-8303 - Telecopier
ATTORNEY FOR APPELLEES

CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Appellants has stated that Appellants are not opposed to the relief sought by this motion and has authorized me to state that this motion is unopposed.

/s/ Isaac Villarreal
Isaac Villarreal

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on Eric Yollick of the Yollick Law Firm by electronic messenger service and/or email on this 18th day of December, 2015.

/s/ Isaac Villarreal
Isaac Villarreal